# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00430-CR

**Paul Michael Sanchez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### NO. CR2017-092, THE HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Paul Michael Sanchez seeks to appeal judgments of conviction for possession of a controlled substance and evading arrest with a vehicle. *See* Tex. Penal Code §§ 12.42(d) (habitual felony offender penalty), 38.04 (evading arrest); Tex. Health & Safety Code §§ 481.112(d) (manufacture, delivery, or possession with intent to deliver of controlled substance), 481.115(b) (possession of controlled substance). The trial court has certified that Sanchez has waived the right of appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (b).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Jurisdiction

Filed:   July 6, 2018

Do Not Publish